| | | |
|---|---|---|
| United States District Court | § | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2017
David J. Bradley, Clerk

Elizabeth Baron,

    Plaintiff,

versus

Nationwide General
Insurance Company,

    Defendant.

Civil Action H-17-2574

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By January 4, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on December 4, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge